**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of **Dawn McCraw** respectfully shows that petitioner is now a member in good standing of the State Bar of **Arizona**, as evidenced by State Bar Number **035321** and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number **1:22-cv-00186-LAG** to represent **Plaintiff Steven Watts**.

(name of plaintiff/defendant)

## OATH ON ADMISSION *(PRO HAC VICE)*

I, **Dawn McCraw**, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: **01/17/2023**

*[signature]*
FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS:* **0**

**8245 N 85th Way**
LAW FIRM ADDRESS (Street or P.O. Box)

**Scottsdale, AZ 85258**
CITY, STATE & ZIP CODE TELEPHONE #

**dawn@pricelawgroup.com**
EMAIL ADDRESS (Required)

===============================================================================

## ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: **1/18/2023**

**s/David W Bunt**
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### DAWN MARIE McCRAW

*was on the 12th day of July, 2019 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 10th day of January, 2023.*

*TRACIE K. LINDEMAN, Clerk*

By _____
Ana Ramirez
Deputy Clerk III



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **DAWN MARIE McCRAW** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 12, 2019 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  JANUARY 0 6 2023   .

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Margaret Lindsey
Associate Disciplinary Clerk

# RECEIPT COPY

Receipt No.: 2023-00023

*Arizona Supreme Court*                                                                 January 10, 2023

**ACCOUNT:** Dawn Marie McCraw          Account Id: 35356                         *jn*
**PAID FOR:** Dawn Marie McCraw          Receipt Id: 49195
**PAID BY:** Chami Law Firm, PLLC

COURT
ASC

| Receivable | Qty | Original Fee | Current Payment | Balance Due |
|---|---|---|---|---|
| Certificate of Good Standing | 1 | $17.00 | $17.00 | $0.00 |

| Payment Method | Check No. | Amount |
|---|---|---|
| Check payment | 1631 | $17.00 |

TOTAL AMOUNT TENDERED:        $17.00
TOTAL PAID:        **$17.00**
CHANGE DUE:        $0.00

Page 1 of 1                                                                 Printed: 1/10/2023 09:48:05

CLERKS OFFICE
ARIZONA SUPREME COURT
402 STATE COURTS BUILDING
1501 W. WASHINGTON ST.
PHOENIX, ARIZONA 85007



FIRST-CLASS MAIL
neopost
01/11/2023
US POSTAGE $001.44
ZIP 85007
041L12204839

Price Law Group, APC
Attn: Dawn McCraw
8245 N. 85th Way
Scottsdale, AZ 85258



# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

Mark O. Hatfield U.S. Courthouse

MELISSA AUBIN  
Clerk of Court

1000 S.W. Third Ave.  
Portland, OR  97204

PAUL BRUCH  
Chief Deputy Clerk

January 18, 2023

Dawn M. McCraw  
Price Law Group  
8245 N. 85th Way  
Scottsdale, AZ  85258

**Subject:** *Certificate of Good Standing*

Dear Attorney Dawn M. McCraw:

Enclosed is the Certificate of Good Standing you requested. Please let me know if I can be of any further assistance.

Sincerely,

/s/Elizabeth Potter

Atttorney Admissions

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Dawn M. McCraw*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on January 18, 2023.

MELISSA AUBIN
Clerk of Court

By: _____
Elizabeth Potter
Attorney Admissions Clerk